Case 07-23050   Doc 34   Filed 04/29/08   Entered 04/29/08 11:38:15   Desc   Page 1 of 2

Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Clark Jr, Leodeous | Case Number: 07 B 23050 |
|---|---|---|
| | Clark, Ornella | Judge: Squires, John H |
| | Printed: 4/29/08 | Filed: 12/7/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: February 6, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,080.00 |  |
| Secured: |  | 669.44 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 348.14 |
| Trustee Fee: |  | 62.42 |
| Other Funds: |  | 0.00 |
| Totals: | 1,080.00 | 1,080.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,900.00 | 348.14 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Condor Capital Corp | Secured | 0.00 | 0.00 |
| 4. | Wells Fargo Financial Illinois Inc | Secured | 0.00 | 0.00 |
| 5. | CarMax Auto Finance | Secured | 20,083.00 | 669.44 |
| 6. | Countrywide Home Loans Inc. | Secured | 9,965.61 | 0.00 |
| 7. | Internal Revenue Service | Priority | 707.50 | 0.00 |
| 8. | Internal Revenue Service | Unsecured | 11.25 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 679.88 | 0.00 |
| 10. | Capital One | Unsecured | 396.13 | 0.00 |
| 11. | Peoples Energy Corp | Unsecured | 215.80 | 0.00 |
| 12. | Capital One | Unsecured | 405.30 | 0.00 |
| 13. | Wells Fargo Financial Illinois Inc | Unsecured | 161.21 | 0.00 |
| 14. | Stratford Acquisitions LLC | Unsecured | 988.51 | 0.00 |
| 15. | CarMax Auto Finance | Unsecured | 113.91 | 0.00 |
| 16. | Window World | Unsecured | 2,125.85 | 0.00 |
| 17. | RoundUp Funding LLC | Unsecured | 1,870.47 | 0.00 |
| 18. | GE Money Bank | Unsecured | 1,752.16 | 0.00 |
| 19. | M3 Financial Services | Unsecured | 4,117.97 | 0.00 |
| 20. | Capital One | Unsecured | 275.39 | 0.00 |
| 21. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 22. | City Of Chicago | Unsecured |  | No Claim Filed |
| 23. | Credit Collection | Unsecured |  | No Claim Filed |
| 24. | GEMB | Unsecured |  | No Claim Filed |
| 25. | Medical Collections | Unsecured |  | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Clark Jr, Leodeous | | Case Number: 07 B 23050 |
|---|---|---|---|
| | Clark, Ornella | | Judge: Squires, John H |
| | Printed: 4/29/08 | | Filed: 12/7/07 |

| | | | | |
|---|---|---|---|---|
| 26. | LaSalle National Bank | Unsecured | | No Claim Filed |
| 27. | Harris & Harris | Unsecured | | No Claim Filed |
| 28. | M3 Financial Services | Unsecured | | No Claim Filed |
| 29. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 30. | Nationwide Credit Service | Unsecured | | No Claim Filed |
| 31. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 32. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 33. | Palisades Collection LLC | Unsecured | | No Claim Filed |
| 34. | Paccar Financial | Unsecured | | No Claim Filed |
| 35. | Portfolio Recovery Associates | Unsecured | | No Claim Filed |
| 36. | Verizon Wireless Midwest | Unsecured | | No Claim Filed |
| 37. | Premier Credit | Unsecured | | No Claim Filed |
| 38. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 39. | Verizon Wireless Midwest | Unsecured | | No Claim Filed |

$ 46,769.94     $ 1,017.58

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 38.22 |
| 6.5% | 24.20 |
| | $ 62.42 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

